# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 1120

VERSUS

BLAKE J. LEE                                          **DECEMBER 21, 2020**

---

In Re:    Blake J. Lee, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 559-20.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.** The record of the Iberville Parish Clerk of Court shows that on June 19, 2020, the State timely filed a bill of information charging relator with aggravated battery, a felony in violation of La. R.S. 14:34. Relator's certification that counsel was prepared to proceed to trial was not proper. Therefore, the district court did not err by denying the motion for speedy trial, the writ of habeas corpus, and the Article 701(B) motion.

                              **VGW**
                              **JEW**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT